IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LEROY ROBERTS,

  Appellant,

v.

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION and COCA COLA
REFRESHMENTS USA, INC.,

  Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5506

Opinion filed August 1, 2017.

An appeal from an order of the Reemployment Assistance Appeals Commission.

Michael A. Hoffman, Hollywood, for Appellant.

Norman Blessing, General Counsel, and Cristina A. Velez, Appellate Counsel, Tallahassee, for Appellee Reemployment Assistance Appeals Commission.

PER CURIAM.

  AFFIRMED.

KELSEY, WINOKUR, and WINSOR, JJ., CONCUR.